Case 2:16-cr-00819-ODW Document 71 Filed 11/20/20 Page 1 of 5 Page ID #:281

FILED
CLERK, U.S. DISTRICT COURT
11/20/20
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROY WILLIAM BURRIS,<br><br>　　　　Defendant. | CR 16-819(A)-ODW<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 49 U.S.C. § 46505(b)(1): Attempting to Carry a Concealed Dangerous Weapon Aboard an Aircraft; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about February 29, 2016, in Los Angeles County, within the Central District of California, defendant ROY WILLIAM BURRIS knowingly possessed a firearm, namely, a Springfield XD .45 caliber semi-automatic pistol, bearing serial number XD654585, and ammunition, namely, approximately 10 rounds of Hornady .45 caliber +P ammunition, in and affecting interstate and foreign commerce.

Defendant BURRIS possessed such firearm and ammunition knowing that he had previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, namely, Trafficking in Marijuana, Schedule I Hallucinogen, in violation of Kentucky Revised Statute, Chapter 218A, Section 1421, in the Jefferson County Circuit Court for the Commonwealth of Kentucky, case number 14CR2821, on or about January 22, 2015.

COUNT TWO

[49 U.S.C. § 46505(b)(1)]

On or about February 29, 2016, in Los Angeles County, within the Central District of California, defendant ROY WILLIAM BURRIS, while attempting to get on an aircraft in and intended for operation in air transportation, knowingly had on and about his person and his property a concealed dangerous weapon, namely, a loaded Springfield XD .45 caliber semi-automatic pistol, bearing serial number XD654585, that would have been accessible to defendant BURRIS in flight.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in either of Counts One or Two of this First Superseding Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense, including but not limited to the following:

        i.  One Springfield XD .45 caliber semi-automatic pistol, bearing serial number XD654585;

        ii.  Approximately 10 rounds of Hornady .45 caliber +P ammunition; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been

4

transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

_____/S/_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General
Crimes Section

KEITH D. ELLISON
Assistant United States Attorney
International Narcotics,
 Money Laundering, and
 Racketeering Section

5